UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALFREDO GARCIA and MARTIN NAVARRO<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DONALD SALISBURY dba SALISBURY'S BACKHOE SERVICE; DIEDE CONSTRUCTION, INC., TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and SAN JOAQUIN REGIONAL TRANSIT DISTRICT<br><br>Defendants | Case No.: **2:12-CV-02469-KJM-KJN**<br><br>**ORDER TO DISMISS PREJUDICE; COURT TO RETAIN JURISDICTION TO ENFORCE PAYMENT AGREEMENT** |

**ORDER**

Based on the stipulation of counsel and good cause shown, the First Amended Complaint is dismissed with prejudice. The Cross Complaint filed by SAN JOAQUIN REGIONAL TRANSIT DISTRICT is dismissed without prejudice. The Court retains jurisdiction to enforce the terms of the payment provision of the settlement for 90 days from this Order. At that time, the Court directs the clerk to close the file. This Order is without waiving the ability of any party to move to enforce other provisions of the settlement agreement if there is a breach by separate legal proceedings.

**STIPULATION TO DISMISS; ORDER**     1

1     IT IS SO ORDERED.

2  Dated: March 11, 2013.

_____
UNITED STATES DISTRICT JUDGE

**STIPULATION TO DISMISS; ORDER**          2